AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| AMUSEMENT & MUSIC OWNERS ASSOCIATION OF NEW YORK, INC., a New York Corporation <br><br> *Plaintiff(s)* <br> v. <br> CMG VENDING ENTERPRISES INC., a New York Corporation, HOWARD PRESCHEL, and LAURENCE PRESCHEL (a/k/a LARRY PRESCHEL) <br><br> *Defendant(s)* | Civil Action No. 17-371 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CMG Vending Enterprises Inc, 200 East 42nd Street, New York, NY 10017

Howard Preschel, 241 Merritt Avenue, Bergenfield, NJ 07621

Laurence Preschel, 656 9th Avenue, New York, NY 10036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attn: Kristin A. Grant
Grant Attorneys at Law PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
T: 212-520-6633
F: 212-520-6669

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  1/18/2017                               /s/ K.Lopez
                                               *Signature of Clerk or Deputy Clerk*